DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
RENÉE E. ROSENBLIT, State Bar #304983
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859 [Baumgartner]
Telephone:     (415) 554-3853 [Rosenblit]
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfcityatty.org
E-Mail:          renee.rosenblit@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY CROSS, et al.,<br><br>　　Plaintiffs<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　Defendants. | Case No. 3:18-cv-06097 EMC<br><br>PARTIES' UPDATE RE SETTLEMENT |

The San Francisco Board of Supervisors and the Mayor have approved the settlement in this matter. The City intends to provide the Controller's office with the last of the necessary paperwork and answer the Controller's questions by the end of this week (February 28, 2020) and expects the Controller to issue the final settlement check by March 6, 2020. The Controller generally issues settlement checks only once per week, so if the paperwork is not complete or the Controller still has questions, it may take a little longer.

1  The parties will file a stipulation of voluntary dismissal following Plaintiffs' receipt and
2  deposit of the final settlement check.

3  Dated:  February 24, 2020

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
MARGARET W. BAUMGARTNER
RENEE E. ROSENBLIT
Deputy City Attorneys


By:  */s/ Margaret W. Baumgartner*
MARGARET W. BAUMGARTNER

Attorneys for Defendants


DURIE TANGRI LLP
DARALYN J. DURIE
GALIA Z. AMRAM
MATTHEW W. SAMUELS
WHITNEY O'BYRNE

ACLU FOUNDATION OF NORTHERN CALIFORNIA
JAMIE L. CROOK
SHILPI AGARWAL

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION CRIMINAL LAW REFORM PROJECT
EZEKIEL R. EDWARDS (*Pro Hac Vice*)


By:  */s/ Daralyn J. Duire*
DARALYN J. DURIE

Attorneys for Plaintiffs

Update re Settlement
Cross v. City, Case No. **18-cv-06097 EMC**
2
n:\lit\li2020\170067\01430419.docx

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Margaret W. Baumgartner, attest that concurrence in the filing of this document has been obtained.

By: <u>   */s/ Margaret W. Baumgartner*   </u>
MARGARET W. BAUMGARTNER

Update re Settlement
Cross v. City, Case No. **18-cv-06097 EMC**
3
n:\lit\li2020\170067\01430419.docx